SAMUEL MILLER et al., Appellants, v. SADDLE ROCK HOMES CORPORATION et al., Defendants, and CAR-VEL REALTY CORPORATION, Respondent.— In an action for a declaratory judgment and other relief, order granting respondent's motion to dismiss the complaint as to it for insufficiency unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CACACE, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of the crime of petit larceny. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Beldock, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN FINE, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, adjudging him to be a youthful offender. Judgment reversed on the law and the facts and the information dismissed. The evidence was insufficient to establish the defendant's guilt. Nolan, P. J., Carswell, Wenzel, MacCrate and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNIE GOLDBERG, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of violating section 1293-b of the Penal Law (obtaining property on credit by use of false statement), unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Beldock, JJ.